[No. 7006–5–II. Division Two. October 8, 1985.]

THE STATE OF WASHINGTON, *Respondent,* v. DOUGLAS
VALLIER, *Appellant.*

Appeal from a judgment of the Superior Court for Grays
Harbor County, No. 83–1–00028–1, John H. Kirkwood, J.,

entered April 15, 1983. *Affirmed* by unpublished opinion per Alexander, J., concurred in by Worswick, C.J., and Petrich, J.